IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | CASE NO. 18-01595-JMC-13 |
| MOYNAELIA KAMESHIA PRYOR AKA MOYNAELIA KAMESHIA COLEMAN | Chapter 13 |
| | Judge James M. Carr |
| Debtor(s) | **OBJECTION TO CHAPTER 13 PLAN** |

Creditor, Franklin Credit Management Corporation as servicer for Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 ("Creditor"), by and through counsel, hereby objects to the proposed Chapter 13 Plan filed by the Debtor. This Objection is hereby supported by the following Memorandum.

Respectfully Submitted

/s/ Steven H. Patterson
Steven H. Patterson
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: inbk@rslegal.com

**MEMORANDUM**

Creditor holds a Mortgage on the real estate located at 1442 Lock Bend, Avon, IN 46123. Creditor filed a Proof of Claim on April 30, 2018 claim #3 listing an arrearage of $15,414.50 and a balance of $20,162.43. The Debtor's plan proposes to pay off the Creditor's mortgage lien at the rate of 4.5%. The current prime rate is 4.75%. Not only is the proposed interest rate lower than the prime rate, it does not include a risk adjustment. *Till v. SCS Credit Corporation*, 541 U.S. 465 (2004).

The Chapter 13 Plan as proposed herein does not adequately protect the Creditors' interest in said real estate.

WHEREFORE, Creditor requests that confirmation be denied.

/s/ Steven H. Patterson
Steven H. Patterson
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: inbk@rslegal.com

## CERTIFICATE OF SERVICE

I certify that on May 11, 2018, a true and correct copy of the Objection to Plan was served:

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

J. Andrew Sawin, Debtor`s Counsel
ecf@sawinlaw.com

John Morgan Hauber, Bankruptcy Trustee
ecfmail@hauber13.com

U.S. Trustee
(Registered Address)@usdoj.gov

**And by regular U.S. Mail, postage prepaid on:**

Moynaelia Kameshia Pryor aka Moynaelia Kameshia Coleman, Debtor
1442 Lock Bend
Avon, IN 46123

 

/s/ Steven H. Patterson
Steven H. Patterson
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: inbk@rslegal.com