UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MOYNAELIA KAMESHIA PRYOR | ) CASE NO. 18-01595-JMC-13 |
| | ) |
| | ) |
| DEBTOR | ) |

OBJECTION TO CLAIM AND NOTICE OF RESPONSE DEADLINE

Comes now the Debtor, Moynaelia Kameshia Pryor, by counsel, and objects to the Proof of Claim filed by the Creditor, Ocwen Loan Servicing, LLC, and in support whereof shows the Court as follows:

1. On June 7, 2018, Ocwen Loan Servicing, LLC, filed an amended Proof of Claim in the amount of $168,884.68 (Claim No. 8-2).

2. The amount for the real estate tax is overstated. Debtor's homestead exemption was approved on March 14, 2018, which reduces her tax liability. All previous years of homestead exemption amounts will be refunded as stated on the Hendrick's County web-site, which is attached as Exhibit A.

3. The amount for the homeowners insurance is overstated as the homeowners insurance has recently changed to a lower amount.

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

116 U.S. Courthouse
46 E. Ohio St.

Indianapolis, IN 46204

The responding party must ensure delivery of the response to the party filing the objection. **If a response is NOT timely filed, the requested relief may be granted.**

If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, Debtor moves the Court for an order for the Creditor to file an Amended Proof of Claim within thirty (30) days.

By: /s/ Andrew Sawin
Sawin, Shea & Des Jardines LLC
Attorneys for Debtor(s)
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
ecf@sawinlaw.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee                                             Ch 13 Trustee

Moynaelia Kameshia Pryor

Ocwen Loan Servicing, LLC
Attn: Research/Bankruptcy
1661 Worthington Rd Ste 100
West Palm Bch, FL 33409

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Dept.
PO Box 24605
West Palm Beach, FL 33416-4605

Michael Kulak
Codilis Law, LLC
8050 Cleveland Place
Merrillville, IN 46410

June 9, 2018                                             /s/ Andrew Sawin

5/25/2018    **Case 18-01595-JMC-13**    **Doc 35**    **Filed 06/09/18**    ParcelDetailsList    **EOD 06/09/18 15:19:02**    **Pg 3 of 5**

Taxes   Archives   Feed   Pool   Apps Home   HC Home

# Parcel Details

page version = 3.0.14a , 05/10/2018 10:21:14   [ Go Back to Parcel List ]    [ Go Back to Parcel Search ]

[ forte Pay Tax Bill ]    Online bill pay

[ Property Record Card ]    Property Record Card PDF

[ Homestead Deduction ]    Homestead deduction application

[ Mortgage Deduction ]    Mortgage deduction application

[ Deduction Info ]    Deduction filing info

[ Restricted Access ]    Restricted access application (if you are eligible)

## Auditor's Information . . . .

Please note that values and descriptions are for informational purposes only, they are not to be used for legal purposes. Always verify dollar amounts with the Auditor's or Treasurer's office.

| Property Record Summary ||
|---|---|
| Owner of Record | COLEMAN RASHAD & MOYNAELIA H/W |
| Tax ID (Property Key) | 023-136611-356010 |
| State ID | 32-07-36-356-010.000-031 |
| Taxing District | 23 - Town of Avon |
| Property Type | Real Estate |
| School System | Avon Community Schools |
| Subdivision | IANS POINTE PHASE 2 |
| Neighborhood | IANS POINTE |
| Property Class Code | 510-1 Family Dwell - Platted Lot |
| Legal Description | Lot 173 Ian's Pointe Ph 2 .30ac CONSERVANCY 12.22-7 |
| Drains or Conservancy | Conservancy - West Central |
| Not Subject to Tax Sale ||
| Not Subject to Sheriff Sale ||
| Not Subject to Certificate Sale ||

| Current Name and Address Information ||
|---|---|
| Property Address | Current Mailing Name & Address |
| COLEMAN RASHAD & MOYNAELIA H/W<br>1442 Locke Bend<br>Avon, IN 46123 | COLEMAN RASHAD & MOYNAELIA H/W<br>1442 LOCKE BEND<br>Avon, IN 46123 |

If you think an address shown is incorrect, please click here to e-mail the Auditor's Office.

| Name and Address Information from the last tax bill ||
|---|---|
| Tax bill owner name & property address | Tax bill mailing name & address |
| COLEMAN RASHAD & MOYNAELIA H/W<br>1442 Locke Bend<br>Avon, IN 46123 | COLEMAN RASHAD & MOYNAELIA H/W<br>1442 LOCKE BEND<br>Avon, IN 46123 |

| Property Transfer Records |||
|---|---|---|
| Property Transfer Date | Type of Transfer | From Owner of Record |
| 8/30/2005 10:32:50 AM | CWD | Dura Builders Inc |
| 6/22/2004 12:00:00 AM | CWD | Gsl&c Llc |
| 11/13/2003 12:00:00 AM | WD | Ian's Pointe Lp |
| 9/24/2002 12:00:00 AM | PLAT | Ian's Pointe Lp |


left over from the previous owner. Each homeowner must file their own deductions. Also you must re-file the mortgage deduction each time you re-finance your property. Click here for the State of Indiana's Property Tax Deductions info.

### Deductions set for Tax Year 2017 payable in 2018

| Deduction Name | Deduction Amount |
|---|---|
| Mortgage | $3,000 |
| Total | $3,000 |

### Deductions set for Tax Year 2016 payable in 2017

| Deduction Name | Deduction Amount |
|---|---|
| Mortgage | $3,000 |
| Total | $3,000 |

If you have a question about the deductions, click here to e-mail the Auditor's Office.

## Treasurer's Information . . .

Please note that values and descriptions are for informational purposes only, they are not to be used for legal purposes. Always verify dollar amounts with the Auditor's or Treasurer's office.

### Current Account Summary

| Item | Amount |
|---|---|
| Taxes, Penalties and Fees | $1,742.00 |
| Drains & Other | $610.50 |
| ---------------- | ------- |
| Sub Total | $2,352.50 |
| Payments | ($1,481.50) |
| Current Account Balance | $871.00 |

### Last Property Tax Assessments

| Tax Year | Pay Year | Type | Amount |
|---|---|---|---|
| 2017 | 2018 | Land | $36,300 |
| | | Improvements | $137,900 |
| | | Personal Property | $0 |
| | | Mobile Home | $0 |
| | | Gross Assessment | $174,200 |
| | | Minus Deductions | - $3,000 |
| | | Net Assessment | $171,200 |
| 2016 | 2017 | Land | $36,300 |
| | | Improvements | $135,500 |
| | | Personal Property | $0 |
| | | Mobile Home | $0 |
| | | Gross Assessment | $171,800 |
| | | Minus Deductions | - $3,000 |
| | | Net Assessment | $168,800 |

Mobile Homes are assessed in the year they are due, so the Mobile Home assessment value for the most current pay year may not appear until near the bill calc time in April.

### Current Tax Bill Details  (Tax year 2017, Payable 2018)

| Billed to: | COLEMAN RASHAD & MOYNAELIA H/W<br>1442 LOCKE BEND<br>Avon, IN 46123 | | |
|---|---|---|---|
| Charge Description | Charge | Net Adjustments | Adjusted Charges |
| Spring Tax | $1,742.00 | ($871.00) | $871.00 |
| Spring Penalty | $0.00 | $0.00 | $0.00 |
| Spring Annual | $0.00 | $0.00 | $0.00 |
| Fall Tax | $1,742.00 | ($871.00) | $871.00 |



| | | | |
|---|---:|---:|---:|
| Delq 1 Yr | $0.00 | $0.00 | $0.00 |
| Delq 1 Yr Penalty | $0.00 | $0.00 | $0.00 |
| Delq 2 Yr | $0.00 | $0.00 | $0.00 |
| Delq 2 Yr Penalty | $0.00 | $0.00 | $0.00 |
| Drains & Other * | $0.00 | $610.50 | $610.50 |
| Add Fee | $0.00 | $0.00 | $0.00 |
| Bank Fee | $0.00 | $0.00 | $0.00 |
| Certified to Court Fee | $0.00 | $0.00 | $0.00 |
| Demand Fee | $0.00 | $0.00 | $0.00 |
| Judgement Fee | $0.00 | $0.00 | $0.00 |
| Judgement T/P/I Fee | $0.00 | $0.00 | $0.00 |
| Late 20% Penalty | $0.00 | $0.00 | $0.00 |
| Late Fine | $0.00 | $0.00 | $0.00 |
| Taxsale Fee | $0.00 | $0.00 | $0.00 |
| Totals | $3,484.00 | ($1,131.50) | $2,352.50 |

### * Details of Adjustments for Drains and Other Charges

| Description | Amount |
|---|---:|
| WCCD SEWER LIEN CERTIFIED AND RECORDED 1/4/18 INSTR#201800298 | $590.50 |
| WCCD SEWER LIEN CERTIFIED AND RECORDED 1/4/18 INSTR#201800298 | $20.00 |
| Total Adjustments for Drains & Other | $610.50 |

### * Details of Adjustments for Taxes, Penalties & Fees

| Item | Date | Cor or Adj | Amount | Reason |
|---|---|---|---:|---|
| Spring Tax | 04/27/2018 | C | ($871.00) | PER AUDITOR, DUE TO NON COMPLIANCE OF HOMESTEAD VERIFICATION. PROVED RESIDENCY AND REFILED HOMESTEAD. CORRECT 17/18 WILL BE REFUNDING ALL PREVIOUS YEARS. |
| Total Adjustments for Spring Tax | | | ($871.00) | |
| Fall Tax | 04/27/2018 | C | ($871.00) | PER AUDITOR, DUE TO NON COMPLIANCE OF HOMESTEAD VERIFICATION. PROVED RESIDENCY AND REFILED HOMESTEAD. CORRECT 17/18 WILL BE REFUNDING ALL PREVIOUS YEARS. |
| Total Adjustments for Fall Tax | | | ($871.00) | |




### Tax Rate Details

| PayYear | Total Tax Rate | County | Township | Library | School | Corporation | City-Town |
|---|---|---|---|---|---|---|---|
| 2018 | 2.9301000 | 0.3211000 | 0.4237000 | 0.0603000 | 1.7057000 | 0.4193000 | 0.0000000 |
| 2017 | 3.0545000 | 0.3193000 | 0.4284000 | 0.0629000 | 1.8282000 | 0.4157000 | 0.0000000 |
| 2016 | 2.9810000 | 0.3164000 | 0.4488000 | 0.0737000 | 1.7409000 | 0.4012000 | 0.0000000 |
| 2015 | 3.1034000 | 0.3180000 | 0.4931000 | 0.0581000 | 1.8567000 | 0.3775000 | 0.0000000 |
| 2014 | 3.2445000 | 0.3342000 | 0.5261000 | 0.0720000 | 1.9230000 | 0.3892000 | 0.0000000 |

Notes about the tax bill tables:
1. This information is believed to be correct at the time the data was extracted from the production systems, but as indicated in the web site disclaimer,
    all information on this site is for informational purposes only. The values and descriptions are not to be used for official business. Please check with
    the appropriate county department for official information.
2. The values in the above tables only reflect the latest tax bill and the payments and adjustments for that tax bill.

Please check with the Treasurer's office for the amount you owe - this web site shows data extracted from the production systems, it does not directly link into the production system.

The 1st installment for 2017 taxes (spring taxes) is due by May 10, 2018.
The 2nd installment for 2017 taxes (fall taxes) is due by November 13, 2018.

For information about tax bill caps, click here for the State of Indiana DLGF web page.