UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
Moynaelia Kameshia Pryor

CASE NO. 18-01595-JMC-13
CHAPTER 13

Debtor

## RESPONSE TO OBJECTION TO CLAIM

Deutsche Bank Trust Company Americas, as Trustee for Saxon Asset Securities Trust 2005-4, Mortgage Loan Asset Backed Certificates, Series 2005-4, ("Deutsche"), a secured creditor herein, by and through its attorney, Codilis Law, LLC, in support of its Response to Objection to Claim, states as follows:

1. On June 7, 2018, Deutsche filed an amended proof of claim (Claim No. 8-2) for a mortgage loan against the debtor's real estate located at 1442 Locke Bend, Avon, IN 46123. Ocwen is the mortgage servicing agent for the mortgage.

2. The mortgage payment contains an escrow amount for payment of real estate taxes and property insurance premiums.

3. Fed. R. Bankr. P. 3001(c) (2)(C) states:

   If a security interest is claimed in property that is the debtor's principal residence, the attachment prescribed by the appropriate Official Form *shall* be filed with the proof of claim. If an escrow account has been established in connection with the claim, an escrow account statement prepared as of the date the petition was filed and in form consistent with applicable nonbankruptcy law *shall* be filed with the attachment to the proof of claim.

4. The proof of claim was filed with information "as of the date the petition was filed" including the last property tax bill and property insurance premium.

5. The debtor has since claimed a homestead exemption. The Hendrick's County Auditor confirmed all refunds from prior years will be refunded to the debtor, not to Ocwen.

6. In addition, if the property insurance provided has changed, any unused premium would be refunded directly to the debtor, not Ocwen.

7. The claim is correct as filed pursuant to Fed. R. Bankr. P. 3001(c)(2)(C).

WHEREFORE, Deutsche Bank Trust Company Americas, as Trustee for Saxon Asset Securities Trust 2005-4, Mortgage Loan Asset Backed Certificates, Series 2005-4 respectfully requests that the Court enter an order denying the objection and allowing the claim as filed and for any and all other just and proper relief in the premises.

Attorneys for Creditor

By: _____
Michael J. Kulak    21347-53
Codilis Law, LLC
Atty File: 1029736

## CERTIFICATE OF SERVICE

I certify that on June 13, 2018, a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

J. Andrew Sawin; ecf@sawinlaw.com
John Morgan Hauber; ecfmail@hauber13.com
United States Trustee, S.D., IN; ustpregion10.in.ecf@usdoj.gov

Attorneys for Creditor

By: _____
Michael J. Kulak    21347-53

Codilis Law, LLC
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@codilis.com
Atty File: 1029736

**This firm is deemed to be a debt collector.**